# EXHIBIT A

**EVERYREALM**                                                                 Janine Yorio ███@everyrealm.com>

# A Resounding Yes
1 message

**Teyo Johnson** ███@gmail.com>                                    Fri, Jan 21, 2022 at 7:45 PM
To: Janine Yorio ███@republicrealm.com>

Janine,

   It was a sincere pleasure to meet with you and Jessie yesterday morning. You asked me to think about the role with your company and I have thought long and hard about everything you said. This is a once in a lifetime opportunity and I am very honored to have of been a candidate for it. I would love to be a part of your team and I believe you are a leader that I can follow and will run through a wall for (pun intended). Thank you again Janine, I would be honored to work for your company and I will give you my best, conduct myself as a professional and never embarrass the company. Thank you for this incredible opportunity.

-teyo