UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEYO JOHNSON,

Plaintiff,

-v-

EVERYREALM, INC., et al.,

Defendants.

22 Civ. 6669 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from plaintiff for a preliminary injunction and a temporary restraining order, seeking to enjoin an arbitration that defendants have initiated. *See* Dkt. 19. The Court also has before it a motion by defendants to compel arbitration. *See* Dkt. 8. The Court will benefit from a prompt conference with counsel to take up the issues presented by these motions. The Court accordingly schedules such a conference, to be held in person, at 9 a.m. on Thursday, October 6, 2022, in courtroom 1305 of the Thurgood Marshall United States Courthouse. The Court directs defendants to file, by Monday, October 3, 2022, a response to plaintiff's motion for emergency relief. The Court does not require a reply. For avoidance of doubt, the Court is holding that motion in abeyance pending the October 6 hearing.

The Court intends to take up, at the same conference, similar motions filed in the case of *Yost v. Everyrealm Inc. et al*, 22 Civ. 6549 (PAE), in which the same counsel as here represent plaintiff and defendants. An order to that effect will issue on the docket of that case today.

SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: September 28, 2022
     New York, New York