# EXHIBIT B

**Teyo Johnson** <teyo.johnson@everyrealm.com>  Wed, Mar 16, 7:19 PM
to Janine

Received. Just got to the crib in Vegas. Thank you so much for everything Janine, I really enjoy being around you and learning from you and working with you. Not to mention immense amounts of fun and laughter. I truly feel like I'm part of a tribe that is on a special journey during a special time. I AM ALL IN. Thanks again!

-teyo (AKA "Non Fungible Teyo " AKA "Steadman 2.0")

--



_____

TEYO JOHNSON  |  Strategic Partnerships

teyo.johnson@everyrealm.com | www.everyrealm.com

https://calendly.com/teyo-johnson