# EXHIBIT C

9:04

588  KY  Kathy

And at the end of the day abuse is about a power dynamic. I can't see anything she held over him. Unless there are pics of him buttfucking Matt Damon somewhere. But we would have seen those by now

Ugh this planet

Look at you blaming yourself for Teyo misogyny like you encouraged. All you did was engage about a friend he introduced. We've been gaslit to believe we bring this all on. And it's horseshit

Thu, Jun 2, 10:51 AM

iMessage