UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TEYO JOHNSON,

                           Plaintiff,

     -against-                                  Case No. 1:22-cv-06669(PAE)(GWG)

EVERYREALM INC., COMPOUND ASSET
MANAGEMENT LLC, REALM METAVERSE      **DECLARATION OF**
REAL ESTATE INC., REPUBLIC, REPUBLIC     **JULIA SCHWARTZ**
CRYPTO LLC, REPUBLIC REALM MANAGER
LLC, REPUBLIC REALM INC., REPUBLIC
OPERATIONS LLC, OPENDEAL INC.,
OPENDEAL PORTAL LLC, JULIA SCHWARTZ
in her individual and professional capacities,
WILLIAM KERR in his individual and
professional capacities, and JANINE YORIO in her
individual and professional capacities.

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Julia Schwartz, having personal knowledge of the facts herein, and under penalty of perjury, hereby states:

       1.       I currently serve as the Chief Strategy Officer of Everyrealm Inc., and am a resident of the State of New York. I submit this Declaration based upon my personal knowledge and in support of the Motion to Dismiss Plaintiff's Claim for Sexual Harassment on behalf of Everyrealm Inc. ("Everyrealm"), Janine Yorio ("Mrs. Yorio"), William Kerr ("Mr. Kerr") and myself (collectively "the Everyrealm Defendants") in the above-captioned matter.

1

2. On March 21, 2022, Plaintiff Teyo Johnson ("Johnson"), myself, Zach Hungate, Janine Yorio and other Everyrealm employees met with representatives of Cookies, including Cookies' CEO Parker Berling ("Berling"), to discuss potential business opportunities.

3. On April 5, 2022, Johnson, utilizing Everyrealm's Slack Instant Messenger application, followed up with myself and Zach Hungate regarding the meeting with Cookies and Berling.

4. In his April 5 message, Johnson stated: "[By the way] Janine[] [Yorio's] spidey senses were right about Parker [Berling]. A reliable source just told me Parker is being pushed out by their silent partner(s)."

5. A true and correct copy of the messages described in paragraphs 3–4 is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.

Dated: November 2, 2022

_____
Julia Schwartz