# EXHIBIT A

**Teyo Johnson, Zach**  

Any chance u guys are free now my meeting got cancelled I wanna talk rn

Tuesday, April 5th

 **Zach**  2:17 PM
I can't

 **julia**  2:17 PM
k another itme

 **Zach**  2:17 PM
Til 530

 **Teyo Johnson**  2:18 PM
NFL checked in 20 minutes ago asking for the proposal

Btw Janine's Spidey senses were right about Parker. A reliable source just told me Parker is being pushed out by their silent partner(s)

 **Zach**  2:27 PM
Is that a joke

 **Teyo Johnson**  2:27 PM
No

Just had the call

 **Zach**  2:28 PM
Wow

 **Teyo Johnson**  2:28 PM
That's why Matt was elevating Luis

 **Zach**  2:28 PM
Wow

 **Teyo Johnson**  2:28 PM
I know

I will never question Janine's spidey senses