UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEYO JOHNSON,

                Plaintiff,

    v.

EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, WILLIAM KERR in his individual and professional capacities, JANINE YORIO, in her individual and professional capacities, and JULIA SCHWARTZ, in her individual and professional capacities.

                Defendants.

Index No. 1:22-cv-06669(PAE)(GWG)

**DECLARATION OF SHANE SEPPINNI**

I, SHANE SEPPINNI, pursuant to 28 U.S.C. § 1746 affirm as follows:

1. I submit this Declaration in support of Mr. Johnson's Opposition to Defendants' Motion to Dismiss for Failure to State a Sexual Harassment Claim.

2. A true and correct copy of the resume Mr. Johnson submitted to Everyrealm prior to his interview is attached as Exhibit A.

3. A true and correct copy of Teyo Johnson's Everyrealm Employment Agreement is attached as Exhibit B.

4. A true and correct copy of the New York City Commission on Human Right's Notice of Employee Rights under NYCHRL poster is attached as Exhibit C.

1

5. A true and correct copy of a Notice of the Right to Sue letter from the EEOC is attached as Exhibit D.

6. As stated in the Amended Complaint, Teyo intends to amend the Amended Complaint to add claims under Title VII and they are therefore addressed in his brief.

**Dated:** November 16, 2022                                                              */s/ Shane Seppinni*