# Exhibit A

# TEYO JOHNSON

Las Vegas, NV ·

---

**Summary of Qualifications**
- Client facing, revenue generator with 10+ years of business development experience with start-up companies, family offices and corporations that individually exceed over $1BB in assets
- Excellent communicator and Project Manager
- Strong Relationship building skills and has worked in multiple countries.
- Excellent leader and trusted team player across multiple industries

**Global Competencies**
- Expertise in managing key cross cultural and international clients, partnerships and company interests.
- Strategic identification, development and management of partnerships and alliances in the USA, Euro and Asian market.

## PROFESSIONAL EXPERIENCE

**2020 – PRESENT**
**FOUNDER, MRIDE NEVADA LLC.**
- Responsible for all business developments and project management for the company.
- Acquired funding and procured partnerships with Bell Trans, Las Vegas Metro Police, Boyd Gaming, Ticketmaster and the Las Vegas Raiders

**2020 – PRESENT**
**DIRECTOR OF BUSINESS DEVELOPMENT, YAO FAMILY WINES**
- Responsible for business development and new distributor accounts
- Built distribution partnerships with MGM Group, Charton Hobbs, Wineonline.ca and Duty Free.
- Structured company's new sales and distribution strategy

**2020 – PRESENT**
**INDEPENDENT CONTRACTOR, CAERUS INVESTMENT ADVISORS**
- Procured new clients for the firm (James Harden and Mike Tyson)
- Raised $3MM for Space X allocation at $40BB evaluation (Currently valued at $140BB)
- Raised capital for Stripe allocation at $60BB evaluation (Currently valued at $95BB)

**2018 – PRESENT**
**PROPERTY MANAGEMENT, FTP INVESTMENT CORPORATION (BART SEIDLER)**
- Manage multiple commercial and residential properties in the Las Vegas area.
- Oversee all permits, construction, leasing, renovations and sales.

- Responsible for identifying and procuring Cookies International as a tenant for key storefront property in Miami Beach ($10MM multi year lease)

**2014 – 2018**
### MANAGING PARTNER, LEGAL MARIJUANA COMPANY IN WASHINGTON STATE

- Managed all aspects of business development and sales.

**2012 – 2014**
### VP OF BUSINESS DEVELOPMENT, SEMINOLE TRIBE OF FLORIDA

- Managed all aspects of business development for non-gaming ventures for the tribe/Hard Rock International
- Utilized the tribes' sovereign nations status to create revenue for strategic partnerships
- Created first electronic cigarette private label in the vaporizing industry

**2010 – 2012**
### VP OF BUSINESS DEVELOPMENT, FATBURGER INTERNATIONAL

- Responsible for identifying and procuring leases for the company inside major casino properties

**2003 – 2010**
### PRO FOOTBALL PLAYER

- Drafted in the 2nd round by the Oakland Raiders
- Played for multiple pro teams in multiple countries (USA, Canada and Europe)

## EDUCATION

**2000-2002**
### STANFORD UNIVERSITY

- Studied sociology and group dynamics
- Played Football and basketball for the Cardinal Men's teams
- Received Pac-10 freshman of the year for football
- Internship with Technology Crossover Ventures (tcv.com) and worked directly under the CEO and founder Jay Hoag