

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

January 24, 2023

**By eFile**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

Re:    *Teyo Johnson v. Everyrealm et al.*, Case No. 1:22-cv-06669(PAE)(GWG)

Dear Judge Engelmayer:

Currently pending before the Court is a motion by Everyrealm Inc. (fka Republic Realm Inc.), Janine Yorio, Julia Schwartz and William Kerr to compel arbitration.

On the afternoon of January 23, 2023, Everyrealm located a second arbitration agreement between itself and Mr. Johnson, and it provided that agreement to the undersigned.

The agreement – entitled "Worksite Employee Acknowledgement" – is dated March 2, 2022, and it was generated and maintained by Justworks, Everyrealm's outsourced provider of certain human resources support.  The agreement is between "Teyo Dahnyel Johnson," Republic Realm Inc., and Justworks.  Paragraph 10 of the agreement addresses arbitration.  This newly-discovered agreement post-dates Johnson's February 24, 2022 Employment Letter Agreement previously submitted to the Court.  (See doc. 11-2.)

In furtherance of our duty of candor to the Court, we submit the newly-located March 2, 2022 "Worksite Employee Acknowledgement," attached hereto as Exhibit A.

Respectfully submitted

*/s/ Lloyd B. Chinn*
Lloyd B. Chinn, Esq.
Eleven Times Square
New York, New York 10036-8299
Ph. (212) 969-3000
Fax (212) 969-2900
lchinn@proskauer.com
*Attorney for Everyrealm Inc.*
*(f/k/a Republic Realm Inc.), William Kerr,*
*Julia Schwartz, and Janine Yorio*