UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEYO JOHNSON,

                Plaintiff,

-v-

EVERYREALM, INC., JULIA SCHWARTZ, JANINE YORIO, AND WILLIAM KERR,

                Defendants.

22 Civ. 6669 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendants have today filed a motion for Rule 11 sanctions against plaintiff Teyo Johnson and his law firm, Seppinni, LLP. The Court did not authorize such a motion. Dkt. 66. And, with defendants' motion pending to dismiss this case in favor of an arbitration that defendants have sought to initiate, the Court regards such a motion as premature to consider, let alone resolve. The Court accordingly denies defendants' Rule 11 motion, without prejudice to defendants' right to bring such a motion in an appropriate forum at a later time. For avoidance of doubt, the Court does not authorize any Rule 11 motion at this time (or any response to the motion that the Court has denied without prejudice).

    The Court respectfully directs the Clerk of the Court to terminate the motion at docket 66.

    SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: February 15, 2023
       New York, New York