UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TEYO JOHNSON,                                             :
                                                          :
                              Plaintiff,                  :
                                                          :
        -against-                                         :   Case No. 1:22-cv-06669(PAE)(GWG)
                                                          :
EVERYREALM INC.,                                          :
JULIA SCHWARTZ in her individual and                      :   **DEFENDANTS EVERYREALM**
professional capacities, WILLIAM KERR in his              :   **INC., JULIA SCHWARTZ,**
individual and professional capacities, and               :   **WILLIAM KERR, AND JANINE**
JANINE YORIO in her individual and                        :   **YORIO'S NOTICE OF MOTION**
professional capacities.                                  :   **TO DISMISS**
                                                          :
                                                          :
                              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT** Defendants Everyrealm Inc. (f/k/a Republic Realm

Inc.), Julia Schwartz, William Kerr, and Janine Yorio (collectively "the Everyrealm

Defendants") shall, upon Plaintiff Teyo Johnson's ("Plaintiff") Second Amended Complaint; and

the Everyrealm Defendants' Memorandum of Law; all filed herewith, move this Court, at

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on

such date and time as the Court may direct, for an Order pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure dismissing Plaintiff's Second Amended Complaint as to the following

claims: Section 1981 Race and Color Discrimination; disparate pay under the New York Equal

Pay Law; Race and Color Discrimination under the NYSHRL and NYCHRL; Title VII Race,

Gender and Color Discrimination, Sexual Harassment, and Retaliation; Aiding and Abetting

under the NYSHRL and NYCHRL; Intentional Infliction of Emotional Distress ("IIED"); and all

claims seeking to impose individual liability against Ms. Schwartz and Mr. Kerr, and as to the

Seventh Cause of Action, Mrs. Yorio too.

1

Dated:    New York, New York
            March 10, 2023

                                    PROSKAUER ROSE LLP

                          By:    */s/ Lloyd B. Chinn*

                                    Lloyd B. Chinn, Esq.
                                    Eleven Times Square
                                    New York, New York 10036-8299
                                    Ph. (212) 969-3000
                                    Fax (212) 969-2900
                                    lchinn@proskauer.com
                                    *Attorney for Everyrealm Inc. (f/k/a Republic Realm Inc.), Julia Schwartz, William Kerr, and Janine Yorio*

2