UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

TEYO JOHNSON,                                               :
                                                           :
                          Plaintiff,                        :
                                                           :
          -against-                                         :     Case No. 1:22-cv-06669(PAE)(GWG)
                                                           :
EVERYREALM INC.,                                            :
JULIA SCHWARTZ in her individual and                        :     **MOTION FOR ADMISSION**
professional capacities, WILLIAM KERR in his                :     ***PRO HAC VICE* FOR**
individual and professional capacities, and                 :     **HAYDEN F. BASHINSKI**
JANINE YORIO in her individual and                          :
professional capacities.                                    :
                                                           :
                                                           :
                                                           :
                                                           :
                          Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern

District of New York, Hayden F. Bashinski hereby moves this Court for an Order for admission

to practice *pro hac vice* as counsel for Defendants Everyrealm Inc. (f/k/a Republic Realm Inc.),

Julia Schwartz, William Kerr, and Janine Yorio (collectively "the Everyrealm Defendants") in

the above-captioned action. I am a member in good standing of the Bars of the States of

Louisiana and Alabama, and there are no pending disciplinary proceedings against me in any

state or federal court. I have never been convicted of a felony. I have never been censured,

suspended, disbarred or denied admission or readmission by any court. I have attached an

affidavit hereto pursuant to Local Rule 1.3.


Dated:    New Orleans, Louisiana
          April 5, 2023

                                        Respectfully submitted,

                                        */s/ Hayden F. Bashinski*
                                        _____

1

Hayden F. Bashinski, Esq.
Proskauer Rose LLP
650 Poydras Street, Suite1 800
New Orleans, Louisiana 70130
Ph. (504) 310-4088
Fax (504) 310-2022
hbashinski@proskauer.com

*Attorney for Everyrealm Inc. (f/k/a Republic Realm Inc.), Julia Schwartz, William Kerr, and Janine Yorio*