UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEYO JOHNSON,

                              Plaintiff,

        -v-

EVERYREALM INC., ET AL.,

                            Defendants.

22 Civ. 6669 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed in today's case management conference, the Court defers document and deposition discovery in the above-captioned case until after the resolution of defendants' forthcoming motion to dismiss. The Court orders the parties to file a joint proposed case management plan within seven days of the Court's resolution of that motion to dismiss. Defendants' answer is due 14 days after the Court's decision on the motion to dismiss to answer.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 6, 2023
       New York, New York