
Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 7, 2023

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

**By eFile**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

Re: *Teyo Johnson v. Everyrealm et al.*, Case No. 1:22-cv-06669(PAE)(GWG)
    Defendants' Clarification to Response to Plaintiff's June 2, 2023 Letter

Dear Judge Engelmayer:

Further to our Letter this afternoon, Counsel for Everyrealm was just advised by Everyrealm that the Twitter video referenced in its June 7 Letter has, in fact, been removed (apparently earlier this afternoon). The Everyrealm Defendants' Letter was prepared before that removal had occurred, and was submitted to the Court before the undersigned learned of that development.

Respectfully submitted

*/s/ Lloyd B. Chinn*
Lloyd B. Chinn, Esq.
Eleven Times Square
New York, New York 10036-8299
Ph. (212) 969-3000
Fax (212) 969-2900
lchinn@proskauer.com
*Attorney for Everyrealm Inc.*
*(f/k/a Republic Realm Inc.),*
*Julia Schwartz, Janine Yorio,*
*and William Kerr*