# SEPPINNI LLP

43 West 43rd St., Ste. 256, New York, NY 10036 | Office: (212) 859-5085

July 3, 2023

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

**Re: *Johnson v. Everyrealm, et al.*, Joint Letter Motion for Stay in Anticipation of Settlement**
       Civil Action No. 1:22-cv-06669(PAE)

Dear Judge Engelmayer,

   I write on behalf of the Parties. Plaintiff and Defendants have agreed in principle to resolve this dispute. The Parties therefore request a 30-day stay to permit them to reduce the agreement to writing.

Regards,

*/s/ Shane Seppinni*
Shane Seppinni

Seppinni LLP
(212) 859-5085
shane@seppinnilaw.com