UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEYO JOHNSON,<br><br>                      Plaintiff,<br><br>v.<br><br>EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC, WILLIAM KERR in his individual and professional capacities, JULIA SCHWARTZ in her individual and professional capacities, and JANINE YORIO in her individual and professional capacities,<br><br>                      Defendants. | Case No.: 1:22-cv-6669-PAE |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing that party's own attorney's fees and costs.

*[Remainder of Page Intentionally Blank]*

1

SEPPINNI LLP

*/s/ Shane Seppinni*

Shane Seppinni
43 W. 43rd St., Suite 256
New York, NY 10036
347-378-5655
shane@seppinnilaw.com

*Attorney for Plaintiff Teyo Johnson*

Dated: 7/28/23

PROSKAUER ROSE LLP

*/s/ Lloyd B. Chinn*

Lloyd B. Chinn, Esq.
Eleven Times Square
New York, New York 10036-8299
212-969-3000
lchinn@proskauer.com

*Attorney for Defendants Everyrealm Inc., William Kerr, in his individual and professional capacities, Julia Schwartz, in her individual and professional capacities, and Janine Yorio, in her individual and professional capacities*

Dated: JULY 28, 2023

POLSINELLI PC

*/s/ Jason T. Weber*

Jason T. Weber
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
214-397-0030
jweber@polsinelli.com

*Attorneys for Defendants Republic Operations LLC, d/b/a Republic, OpenDeal Inc., d/b/a Republic, and OpenDeal Portal LLC, d/b/a Republic*

Dated: 7/28/2023

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
July 31, 2023

2